UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARVIN CLAVEL,<br><br>　　　　　　　　　　　Defendant. | Case No.:  11cr3976 / 25cv1602 - WQH<br><br>**ORDER** |

HAYES, Judge:

　　On June 20, 2025, Defendant Marvin Clavel, proceeding pro se, filed a Motion to Proceed In Forma Pauperis ("IFP Motion," ECF No. 17), and a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion," ECF No. 18).

　　A motion under § 2255 is filed as part of the underlying criminal prosecution. As a result, a § 2255 motion requires no prepaid fees or security in order to proceed. Accordingly, Defendant's IFP Motion is denied as unnecessary. (ECF No. 17.)

　　Pursuant to 28 U.S.C. § 2255(b), the Court orders Plaintiff United States of America to file a written response to the § 2255 Motion.

　　IT IS HEREBY ORDERED that:

　　(1) Plaintiff United States shall file a written response to Defendant's § 2255 Motion, including a memorandum of law and fact, no later than August 11, 2025;

　　(2) Plaintiff's response shall include copies of all pertinent documents, orders and transcripts relevant to Defendant's § 2255 Motion; and,

1       (3) Any reply by Defendant to Plaintiff's response shall be filed no later than
2 September 8, 2025.
3       The court will thereafter issue a ruling.
4       IT IS FURTHER ORDERED that the Clerk of the Court shall serve notice of
5 Defendant's Motion and this Order upon Plaintiff United States of America.
6 Dated: July 10, 2025

                                                Hon. William Q. Hayes
                                                United States District Court